UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BYRON BURRIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV1940 HEA |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the presence and participation of Byron Burris, Inmate #32988-044, is required for the hearing on Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence which is set for Thursday, July 31, 2008.

**IT IS FURTHER ORDERED** that the United States Marshal Service shall transport Movant Byron Burris, Inmate #32988-044, to this Court to attend the July 31, 2008, hearing.

Dated this 27th day of June, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE